

# COMMONWEALTH OF MASSACHUSETTS
## SUFFOLK COUNTY CIVIL
### Docket Report

## 1784CV02738 Martins, Jonathan vs. Vermont Mutual Insurance Group

| | | | |
|---|---|---|---|
| **CASE TYPE:** | Contract / Business Cases | **FILE DATE:** | 08/28/2017 |
| **ACTION CODE:** | A99 | **CASE TRACK:** | F - Fast Track |
| **DESCRIPTION:** | Other Contract Action | | |
| **CASE DISPOSITION DATE** | 12/04/2017 | **CASE STATUS:** | Closed |
| **CASE DISPOSITION:** | Transferred to another Court | **STATUS DATE:** | 12/04/2017 |
| **CASE JUDGE:** | | **CASE SESSION:** | Business Litigation 2 |

### LINKED CASE

### PARTIES

**Plaintiff**
Martins, Jonathan

644480
Kevin John McCullough
Mazow/McCullough, P.C.
Mazow/McCullough, P.C.
10 Derby Square 4th Floor
Salem, MA 01970
Work Phone (978) 744-8000
Added Date: 08/28/2017

556904
John Richard Yasi
Yasi & Yasi
Yasi & Yasi
Two Salem Green
Salem, MA 01970
Work Phone (978) 741-0400
Added Date: 08/28/2017

681401
Michael C Forrest
Forrest, LaMothe, Mazow, McCullough, Yasi&Yasi, PC
Forrest, LaMothe, Mazow, McCullough, Yasi&Yasi, PC
Work Phone (877) 599-8890
Added Date: 08/28/2017

| Defendant<br>Vermont Mutual Insurance Group | **648151**<br>Michael Scott Batson<br>Hermes, Netburn, O'Connor & Spearing, P.C.<br>Hermes, Netburn, O'Connor & Spearing, P.C.<br>265 Franklin St<br>Seventh Floor<br>Boston, MA 02110<br>Work Phone (617) 210-7745<br>Added Date: 12/01/2017<br><br>**683875**<br>Michael C Kinton<br>Hermes Netburn O'Connor & Spearing P.C.<br>Hermes Netburn O'Connor & Spearing P.C.<br>265 Franklin St 7th Floor<br>Boston, MA 02110<br>Work Phone (617) 728-0050<br>Added Date: 12/01/2017 |
|---|---|



### INFORMATIONAL DOCKET ENTRIES

| Date | Ref | Description | Judge |
|---|---|---|---|
| 08/28/2017 | | Attorney appearance<br>On this date Kevin John McCullough, Esq. added for Plaintiff Jonathan Martins | |
| 08/28/2017 | | Attorney appearance<br>On this date John Richard Yasi, Esq. added for Plaintiff Jonathan Martins | |
| 08/28/2017 | | Attorney appearance<br>On this date Michael C Forrest, Esq. added for Plaintiff Jonathan Martins | |
| 08/28/2017 | | Case assigned to:<br>DCM Track F - Fast Track was added on 08/28/2017 | |
| 08/28/2017 | 1 | Original civil complaint filed. | |
| 08/28/2017 | 2 | Civil action cover sheet filed.($4,000,000) | |
| 08/28/2017 | | Demand for jury trial entered. | |
| 09/14/2017 | 3 | General correspondence regarding Notice of Transfer to Business Litigation Session BLS 2 Notice Sent 9/18/17 | Sanders |
| 09/18/2017 | | Civil action cover sheet mailed: BLS | |
| 10/16/2017 | 4 | Amended: demand for jury trial, amended complaint filed by Jonathan Martins | |
| 11/14/2017 | 5 | Service Returned for<br>Defendant Vermont Mutual Insurance Group: Service through person in charge / agent; | |
| 12/01/2017 | | Attorney appearance<br>On this date Michael Scott Batson, Esq. added for Defendant Vermont Mutual Insurance Group | |
| 12/01/2017 | | Attorney appearance<br>On this date Michael C Kinton, Esq. added for Defendant Vermont Mutual Insurance Group | |
| 12/01/2017 | 6 | Notice of Removal to the United States District Court filed by Defendant (US Dist # 17-cv-12360)<br><br>Applies To: Vermont Mutual Insurance Group (Defendant) | |
| 12/04/2017 | | REMOVED to the U.S. District Court of Massachusetts | |
| 12/04/2017 | | Case transferred to another court. | |

I HEREBY ATTEST AND CERTIFY ON

Dec. 4, 2017, THAT THE FOREGOING DOCUMENT IS A FULL, TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE, AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY: _____
Asst. Clerk