# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JONATHAN MARTINS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VERMONT MUTUAL INSURANCE GROUP,<br><br>Defendant. | Civil Action No.: 1:17-cv-12360-FDS |

## JOINT MOTION TO CHANGE DEFENDANT'S PARTY NAME

Plaintiff Jonathan Martins and Defendant Vermont Mutual Insurance Group ("Vermont Mutual") hereby jointly move the Court to change Vermont Mutual's party name from Vermont Mutual Insurance Group to Vermont Mutual Insurance Company.

In support of this Joint Motion, the parties state as follows:

1. Vermont Mutual was mistakenly named in Plaintiff's Complaint and First Amended Complaint as Vermont Mutual Insurance Group.

2. Vermont Mutual Insurance Group is a trade name and is not a company or corporate entity against which a judgment could apply.

3. Vermont Mutual Insurance Company, which operates under the Vermont Mutual Insurance Group trade name, is the company/corporate entity that issued the insurance policy at issue and against which Plaintiff makes his allegations in this litigation.

4. Changing Vermont Mutual's party name from Vermont Mutual Insurance Group to Vermont Mutual Insurance Company will prevent confusion and ensure that any past and future judgments and orders this Court issues will apply to the correct company/corporate entity.

{H0089212.1}

5. All previous filings and orders will be deemed to have named Vermont Mutual Insurance Company rather than Vermont Mutual Insurance Group. The parties will not have to re-file any pleadings or re-serve any discovery in this action (*e.g.*, any admissions that Vermont Mutual made before the party name change will be deemed to be admissions of Vermont Mutual Insurance Company).

6. The new case caption would read as follows:

<b>UNITED STATES DISTRICT COURT<br>DISTRICT OF MASSACHUSETTS</b>

| | |
|---|---|
| JONATHAN MARTINS, individually and on behalf of all others similarly situated, ) ) ) | Civil Action No.: 1:17-cv-12360-FDS |
| Plaintiff, ) | |
| v. ) | |
| VERMONT MUTUAL INSURANCE COMPANY, ) ) | |
| Defendant. ) | |

7. The relief sought in this Joint Motion will not prejudice any party.

For the reasons set forth above, the parties submit that good cause exists for the relief requested herein and respectfully request that this Honorable Court allow this Joint Motion.

| | |
|---|---|
| **JONATHAN MARTINS, individually and on behalf of all others similarly situated,** | **VERMONT MUTUAL INSURANCE GROUP**, |
| By his attorneys, | By its attorneys |
| /s/*Michael C. Forrest, Esq.*<br>Kevin J. McCullough, Esq.<br>BBO# 644480<br>kmccullough@forrestlamothe.com<br>Michael C. Forrest, Esq.<br>BBO# 681401<br>mforrest@forrestlamothe.com<br>Forrest, LaMothe, Mazow,<br>McCullough, Yasi & Yasi, P.C.<br>2 Salem Green, Suite 2<br>Salem, MA  01970<br>(617) 231-7829 | */s/ Michael C. Kinton*<br>Michael S. Batson, BBO No. 648151<br>mbatson@hermesnetburn.com<br>Michael C. Kinton, BBO No. 683875<br>mkinton@hermesnetburn.com<br>HERMES, NETBURN, O'CONNOR<br>& SPEARING, P.C.<br>265 Franklin Street, Seventh Floor<br>Boston, MA 02110<br>Tel: (617) 728-0050 |

Dated:  February 25, 2019

## CERTIFICATE OF SERVICE

Pursuant to Local Rules 5.2(b)(2) and 5.4 of the Local Rules of the United States District Court for the District of Massachusetts, I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent by first-class mail to those indicated as non-registered participants, if any, on February 25, 2019.

>                                          */s/ Michael C. Kinton*
>                                          Michael C. Kinton