UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Jonathan Martins**

       Plaintiff

  V.

       CIVIL ACTION

       NO.  1:17-12360-FDS

**Vermont Mutual Insurance Group**

       Defendant

## ORDER OF DISMISSAL

Saylor, C. J.

In accordance with the Court's Memorandum and Order (Dkt. No. 168) dated March 13, 2023, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

       By the Court,

3/13/2022
Date

/s/ Flaviana de Oliveira
Deputy Clerk