# United States Court of Appeals
## For the First Circuit

_____

No. 23-1332

JONATHAN MARTINS, individually and on behalf of all others similarly situated,

Plaintiff, Appellant,

v.

VERMONT MUTUAL INSURANCE COMPANY,

Defendant, Appellee.

_____

**JUDGMENT**

Entered: February 6, 2024

    This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

By the Court:

Maria R. Hamilton, Clerk

cc: Michael C. Forrest, David Relethford, Kevin John McCullough, Michael Scott Batson, Michael C. Kinton